IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | |
| | ) | |
| Defendant. | ) | |

With respect to Question Nos. 1 and 2: You have received all of the evidence to be considered in this case.

DATED this 8th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court