IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for leave to proceed *in forma pauperis* on appeal (Filing No. 86). The Court has reviewed the affidavit accompanying the motion and finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion for leave to proceed *in forma pauperis* on appeal is granted. Defendant may proceed on appeal without further prepayment of costs.

DATED this 15th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court